RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SEP 1 0 2025

DANIEL J. McCOY, CLERK

BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 3:25-cr-00243-01 |
| | * | |
| VERSUS | * | Judge Doughty |
| | * | Magistrate Judge McClusky |
| KIMONI MCMURRAY, | * | |
| a.k.a. "KiMoney" | * | |

## COUNT 1
### Possession of a Firearm and Ammunition by a Convicted Felon
[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

On or about March 26, 2025, in the Western District of Louisiana and elsewhere, the defendant, **Kimoni McMurray, a.k.a. "KiMoney"**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Charter Arms revolver, Model: Pink Lady, caliber: .38 Spl., and ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).  [18 U.S.C. §§ 922(g)(1) and 924(a)(8)].

## COUNT 2
### Possession of a Firearm in Furtherance of Drug Trafficking
[18 U.S.C. § 924(c)(1)]

On or about March 26, 2025, in the Western District of Louisiana and elsewhere, the defendant, **Kimoni McMurray, a.k.a. "KiMoney"**, knowingly and intentionally possessed a firearm, to wit: a Charter Arms revolver, Model: Pink Lady, caliber: .38 Spl., in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana, a Schedule I

1

controlled substance, as alleged in Count 3, in violation of Title 18, United States Code, Section 924(c)(1). [18 U.S.C. § 924(c)(1)].

## COUNT 3
### Possession with Intent to Distribute Marijuana
### [21 U.S.C. §§ 841(a)(1) and (b)(1)(D)]

On or about March 26, 2025, in the Western District of Louisiana and elsewhere, the defendant, **Kimoni McMurray, a.k.a. "KiMoney"**, did knowingly and intentionally possess with the intent to distribute marijuana, a schedule I substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D)  [21 U.S.C. §§ 841(a)(1) and (b)(1)(D)].

## SENTENCING ENHANCEMENT BASED ON PRIOR CONVICTIONS

Before the defendant, **Kimoni McMurray, a.k.a. "KiMoney"**, committed the offense charged in Count 1, the defendant was convicted of Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense. As a result of this conviction, the defendant is subject to increased punishment under Title 21, United States Code, Section 841(b)(1). [21 U.S.C. § 841(b)(1)].

## FORFEITURE NOTICE

The allegations in all counts are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A.    Upon conviction of the firearm offenses alleged in Counts 1 and 2 of the Indictment, the defendant, **Kimoni McMurray, a.k.a. "KiMoney"**, shall forfeit to the

United States the following firearm involved in the aforesaid offenses: a Charter Arms

revolver, Model: Pink Lady, caliber: .38 Spl. and ammunition.

    C.    By virtue of the offenses charged in this Indictment, any and all interest in

the above-described property is vested in the United States and is forfeited to the United

States pursuant to Title 18, United States Code, Section 924(d), Title 21 United States

Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL:


**REDACTED**

GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

By: _____

JESSICA D. CASSIDY, LA Bar #34477
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600